UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

PRUDENTIAL ANNUITIES LIFE
ASSURANCE CORPORATION,

        Plaintiff,

   v.

NANCY L. FAIRFIELD, DEVIN
ROE, CASSANDRA ROE, and
THE ESTATE OF GLENN ROE
DECEASED,

        Defendants.

No. 2:10-cv-02046-MCE-GGH

**ORDER OF DISMISSAL**

----oo0oo----

Plaintiff Prudential Annuities Life Assurance Corporation ("Prudential") filed the instant action in interpleader given conflicting claims by Defendants herein for death benefits payable under an annuity contract issued by Prudential to Glenn Roe. Following Glenn Roe's death, both his wife, Defendant Nancy Fairfield, his daughters, Devin Roe and Cassandra Roe, and Glenn Roe's estate all made claims against those proceeds.

1

1    At the time of a court-supervised settlement conference on
2 April 1, 2011, this case was resolved in full between all the
3 various parties, contingent upon checks in the agreed-upon
4 amounts being issued by Prudential and paid to Nancy L.
5 Fairfield, Devin Roe and Cassandra Roe.  The parties were
6 directed to notify the Court when the funds had been received by
7 the parties so that the Court, sua sponte, could then dismiss
8 this matter in its entirety.
9    On April 8, 2011, Nancy Fairfield's counsel, Richard
10 Frishman, advised the Court that his client had received her
11 agreed-upon share of the annuity proceeds.  Thereafter, on April
12 11, 2011, Richard Fathy, counsel for Devin Roe and Cassandra Roe,
13 similarly advised the court of his client's receipt of their
14 respective shares.
15    Having been advised by counsel that the subject funds have
16 been disbursed, in full, this Court accordingly dismisses this
17 case, in full and with prejudice.  The Clerk of the Court is
18 directed to close the file.
19    IT IS SO ORDERED.

Dated: April 21, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE